IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S ) <br> LOCAL 781 HEALTH & WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FAMOUS LUBRICANTS, INC., ) <br> an Illinois corporation, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 15 C 11 <br><br> JUDGE EDMOND E. CHANG |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered on the 17th day of April 2015 in the office of the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, against the Defendant in the sum of $24,209.57, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961; and

WHEREAS, the said judgment has been satisfied by the Defendant;

THEREFORE, the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, is hereby requested to satisfy and cancel the said judgment of record.

DATED: July 24, 2015

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorneys for the Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\781W\Famous Lubricants\#25892\satisfaction of judgment.pnr.df.wpd

## **CERTIFICATE OF SERVICE**

 The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Satisfaction of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 24th day of July 2015:

    Mr. James R. Goodale, Registered Agent
    Famous Lubricants, Inc.
    124-132 W. 47th Street
    Chicago, IL 60609


            /s/ Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\781W\Famous Lubricants\#25892\satisfaction of judgment.pnr.df.wpd